**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7329**

MATTHEW WAKEFIELD, In Propria Persona,

               Plaintiff - Appellant,

          v.

CIRCUIT COURT OF VIRGINIA, d/b/a Karin Riley Porter,

               Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Anthony John Trenga, District Judge.  (1:16-cv-00666-AJT-JFA)

Submitted:  January 31, 2017         Decided:  February 3, 2017

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Matthew Wakefield, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew Wakefield appeals the district court's order dismissing his complaint as frivolous under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find that this appeal is frivolous. See 28 U.S.C. § 1915(e)(2)(B)(ii) (2012). Accordingly, we dismiss the appeal for the reasons stated by the district court. Wakefield v. Circuit Court of Va., No. 1:16-cv-00666-AJT-JFA (E.D. Va. Aug. 26, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED